# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KIM BLANDINO,

        Petitioner,

  v.

DREW CROSS, et al.,

        Respondents.

Case No. 3:20-cv-00205-RCJ-CLB

**ORDER**

Petitioner has submitted an emergency petition for a writ of habeas corpus under 28 U.S.C. § 2241.  He asks for this court to order either the Nevada Supreme Court or the Nevada Court of Appeals to issue a decision on his emergency petitions within a fixed time.  This court does not have jurisdiction to order the state courts to issue a decision.  See Demos v. United States Dist. Court for Eastern Dist. of Washington, 925 F.2d 1160, 1161-62 (9th Cir. 1991). Petitioner also asks the court to order him released from the Lakes Crossing Center.  On April 3, 2020, petitioner filed a notice of change of address (ECF No. 3), showing that he has been transferred from the Lakes Crossing Center to the Clark County Detention Center.  Petitioner already has received any relief that the court could grant.  The court will dismiss this action because it is moot.

Petitioner has sent an emergency motion with his petition, and he has filed two separate emergency motions (ECF No. 4, ECF No. 6). The court denies these motions because the court is dismissing this action.

Reasonable jurists would not find the court's conclusions to be debatable or wrong, and the court will not issue a certificate of appealability.

IT THEREFORE IS ORDERED that the clerk of the court file the petition for a writ of habeas corpus and the emergency motion, currently in the docket at ECF No. 1-1 and 1-2, respectively.

IT FURTHER IS ORDERED that the emergency motion currently in the docket at ECF No. 1-2 is **DENIED**.

IT FURTHER IS ORDERED that the emergency motion (ECF No. 4) is **DENIED**.

IT FURTHER IS ORDERED that the emergency motion (ECF No. 6) is **DENIED**.

IT FURTHER IS ORDERED that this action is **DISMISSED** as moot. The clerk of the court shall enter judgment accordingly and close this action.

IT FURTHER IS ORDERED that a certificate of appealability will not issue. DATED: July 8, 2020.

_____
ROBERT C. JONES
United States District Judge